## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

County of Allegheny, Pennsylvania, : 
                 Appellant : 
                         : 
           v. : 
                         : 
Allegheny County Prison Employees :      No. 1469 C.D. 2019 
Independent Union : 

## **O R D E R**

AND NOW, this 7th day of January, 2021, **IT IS HEREBY ORDERED** that the above-captioned opinion filed November 19, 2020, shall be designated **OPINION** rather than **MEMORANDUM OPINION** and it shall be reported.

_____
CHRISTINE FIZZANO CANNON, Judge